**STATE of Missouri, Respondent,**

v.

**Roy E. HARRIS, Appellant.**

**No. WD 35259.**

Missouri Court of Appeals, Western District.

March 12, 1985.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied April 30, 1985.

Application to Transfer Denied June 25, 1985.

James Fletcher, Public Defender, Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., NUGENT and BERREY, JJ.

PER CURIAM.

Appeal from jury trial conviction of burglary in the second degree, Section 569.170 RSMo (1978), and sentence as a persistent offender to a ten year term of imprisonment.

Judgment affirmed. Rule 30.25(b).